Case Name: Pew, Robert and Myrna
Case No:    07-73147

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: July 8, 2008                    WILLIAM T. NEARY
                                       United States Trustee, Region 11


                              BY:   */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee