IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
PEW, ROBERT
PEW, MYRNA

CASE NO. 07-73147 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-4768

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:  U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL 61101

    on:  August 13, 2008
    at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 1,096.21 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ 1,175.00 | |

EXHIBIT A

4. The Trustee's Final Report shows total:

    a. Receipts                                                $    4,384.83

    b. Disbursements                               $    4.38

    c. Net Cash Available for Distribution       $    4,380.45

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $9,952.62. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $32,598.22, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: _____           _____
                                                               James E. Stevens

EXHIBIT A

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3           User: jclarke              Page 1 of 1              Date Rcvd: Jul 09, 2008
Case: 07-73147                 Form ID: pdf002            Total Served: 26

The following entities were served by first class mail on Jul 11, 2008.
db          +Robert Pew,    1220 Ivy Lane,    Algonquin, IL 60102-4200
jdb         +Myrna Pew,    1220 Ivy Lane,    Algonquin, IL 60102-4200
aty         +Konstantine T. Sparagis,    Law Offices of Konstantine Sparagis P C,    8 S Michigan Ave 27th Fl,
              Chicago, IL 60603-3357
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
11838233    +Advanced Call Center Technologies,    P.O. Box 8457,    Johnson City, TN 37615-0457
11838234     Bank of America,    P.O. Box 1516,    Newark, NJ 07101
12052649    +Brown & Joseph Ltd,    c/o Delta Chiropractic,    POB 59838,    Schaumburg, IL 60159-0838
11838236    +Capital 1 BK,    11013 W. Broad St.,    Glen Allen, VA 23060-5937
12207997    +Chase Home Finance,    Dept: OH4-7142,    3415 Vision Dr,    Columbus, OH 43219-6009
11838237    +Chase Manhattan Mortgage,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
12052650    +Delta Chiropractic,    43 W Alcorn ln,    Lake in the Hills, IL 60156-4804
12219370    +FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11838240    +I.C. System Inc.,    444 Highway 96 East,    P.O. Box 64437,    Saint Paul, MN 55164-0437
11838241   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,    Mail Stop 5010 CHI,
              230 S. Dearborn Street,    Chicago, IL 60604)
11838242    +Law Offices of James A. West, P.C.,    11111 Harwin Drive,    Houston, TX 77072-1612
11838243    +MBNA,    P.O. Box 17054,    Wilmington, DE 19884-0001
11838244    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11838245    +TDM,    P.O. Box 6700,    Norcross, GA 30091-6700
11838246    +Toyota Motor Credit,    1111 W. 22nd Street, Ste. 420,    Oak Brook, IL 60523-1959
11838248    +United Recovery Service, LLC,    18525 Torrence Ave. Suite C-6,    Lansing, IL 60438-2891
11838250    +Washington Mutual,    P.O. Box 10467,    Greenville, SC 29603-0467
11838251    +Wfnnb/Harlem Furniture,    PO Box 2974,    Mission, KS 66201-1374

The following entities were served by electronic transmission on Jul 10, 2008.
11838239     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2008 05:16:04     Discover Financial,
              P.O. Box 15316,    Wilmington, DE 19850
11957884     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2008 05:16:04
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
11976724     E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jul 10 2008 05:15:59     Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11838249     E-mail/PDF: vci.bkcy@vwcredit.com Jul 10 2008 05:02:21     Volkswagon Credit,
              1401 Franklin Blvd.,    Libertyville, IL 60048
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, Il 61108-2579
11838235*     Bank of America,    P.O. Box 1516,    Newark, NJ 07101
11838238*    +Chase Manhattan Mortgage,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
11838247*    +Toyota Motor Credit,    1111 W. 22nd Street, Ste. 420,    Oak Brook, IL 60523-1959
                                                                                              TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2008**  **Signature:** *Joseph Speetjens*