UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| ROBERT PEW and | ) | Case No. 07-73147 |
| MYRNA PEW, | ) | |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: 9-22-08

WILLIAM T. NEARY,
United States Trustee

By: _Christine K. Miller_
CHRISTINE K. MILLER, Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

May 31, 2008 through June 30, 2008
Account Number: **000312097000665**

**IMAGES**

ACCOUNT # 000312097000665
PEW ROBERT
07-73147





004780920740 JUN 10 #0000001001 $4.38



004780920740 JUN 10 #0000001001 $4.38

Page 2 of 2

# JPMorganChase

August 01, 2008 through August 29, 2008

Account Number: **000312097000666**

ACCOUNT # 000312097000666
PEW ROBERT
07-73147

## IMAGES





007580128840 AUG 15 #0000000101 $1,175.00



007580128840 AUG 15 #0000000101 $1,175.00



007580128842 AUG 15 #0000000102 $1,096.21



007580128842 AUG 15 #0000000102 $1,096.21

# JPMorganChase

August 01, 2008 through August 29, 2008

Account Number: **000312097000666**

**ACCOUNT # 000312097000666**
**PEW ROBERT**
**07-73147**




005180821737 AUG 26 #0000000103 $2,109.24

FRB CLEVELAND
> 041015724 <
PCC OTC
08/26/2008

005180821737 AUG 26 #0000000103 $2,109.24

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2008 through August 29, 2008

Account Number: **000312097000666**

### CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273

00016845 DBI 802 24 24608 - NNNNN 1 000000000 60 0000
07-73147 PEW ROBERT
PEW MYRNA DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY  Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $4,380.45 |
| Checks Paid | 3 | - 4,380.45 |
| Ending Balance | 3 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 08/15 | $1,175.00 |
| 102 | 08/15 | 1,096.21 |
| 103 | 08/26 | 2,109.24 |
| **Total Checks Paid** |  | **$4,380.45** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/15 | $2,109.24 |
| 08/26 | 0.00 |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2008 through August 29, 2008
Account Number: **000312097000665**

## CUSTOMER SERVICE INFORMATION

Service Center:                               1-800-634-5273



00016844 DBI 802 24 24608 - NNNNN  6  000000000  60 0000
07-73147 PEW ROBERT
PEW MYRNA DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $2.33 |

This account earns interest daily and the current interest rate is 0.15%.

The total interest paid this year is $2.33.